**FILED**

11/02/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0056

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0056

_____

JOHN RICHARDS, LINDA MILLER and
LARRY RICHARDS,

      Petitioners and Appellants,

   v.                                   O R D E R

MONTANA DEPARTMENT OF NATURAL
RESOURCES AND CONSERVATION,

      Respondent and Appellee.

_____

Appellants John Richards, Linda Miller, and Larry Richards were granted an extension of time to file and serve their opening brief(s) on or before October 28, 2021. The opening brief is now overdue.

THEREFORE,

IT IS ORDERED that Appellant shall prepare, file, and serve the opening brief(s) on appeal no later than December 2, 2021. Failure to file the brief within that time will result in dismissal of this appeal with prejudice and without further notice.

The Clerk is directed to provide a copy of this Order to Appellants John Richards, Linda Miller, and Larry Richards and to all counsel of record.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 2 2021